LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
LAURA M. JIMENEZ, Esq. SBN 237273
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 92030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLENE OROZCO; MARK CARRILLO, JR; JOSHUA CARRILLO; M.M.C., J.J.C., A.F.C.,** BY AND THROUGH THEIR GUARDIAN AD LITEM, MARLENE OROZCO**;**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, DOES 1 THROUGH 20, INCLUSIVE**<br><br>Defendants. | CASE NO: **2:21-cv-5481 SVW-MAA**<br><br>*Hon. Stephen V. Wilson*<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE DATES** |

**TO THE HONORABLE COURT:**

Plaintiffs Marlene Orozco, Mark Carrillo, Jr., and Joshua Carrillo; and minor Plaintiffs M.M.C., J.J.C., and A.F.C., by and through their Guardian ad Litem, Marlene Orozco, ("Plaintiffs") and Defendants, the County of Los Angeles and Sheriff Alex Villanueva ("Defendants"), by and through their respective attorneys of record, hereby

1

JOINT NOTICE OF CONDITIONAL GLOBAL SETTLEMENT AND REQUEST TO VACATE DATES

inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter, as follows:

1. On January 13, 2022, the parties attended mediation before mediator Richard Copeland, Esq., and were able to reach an agreement to settle all of the Plaintiffs' claims against all Defendants in this case pursuant to C.C.P. § 664.6, with said agreement only conditioned on approval by the Los Angeles County Board of Supervisors, the Court's approval of petitions to approve minors' compromises, and the Court's approval of a guardian ad litem for minor Plaintiffs M.M.C, J.J.C. and A.F.C.;

2. The material terms of the conditioned agreement were documented by the meditator and executed by the parties on January 14, 2022;

3. The parties anticipate that, after preparation of the necessary paperwork, the Los Angeles County Board of Supervisors will consider the settlement and that the approval process will take approximately six months. Once Plaintiffs receive the settlement proceeds, the parties will file a stipulated dismissal of all Plaintiffs' claims against Defendants;

4. Currently, trial in this matter is scheduled for May 10, 2022, the Final Pretrial Conference is set for April 25, 2022. The last day for Hearing on Motion for Summary Judgment is April 4, 2022, and discovery is to be completed by March 3, 2022;

5. Accordingly, based on the above and for good cause, the parties respectfully request that the Court vacate all of the existing dates; and

6. The parties further request that the Court schedule a Status Conference re: Settlement in May, 2022. Assuming the Los Angeles County Board of Supervisors approves the settlement, the parties anticipate that they can complete all of the terms of the settlement and file a Stipulation for Dismissal, with prejudice, prior to the date so that the Status Conference would be taken off calendar.

Case 2:21-cv-05481-SVW-MAA   Document 28   Filed 04/01/22   Page 3 of 3   Page ID #:223

Respectfully submitted,

Dated: January 27, 2022                CARRILLO LAW FIRM, LLP


By        /s/ Laura M. Jimenez
          Michael S. Carrillo
          Luis A. Carrillo
          Laura M. Jimenez
          *Attorneys for Plaintiffs*
          Marlene Orozco; Mark Carrillo, Jr; Joshua Carrillo; M.M.C., J.J.C., A.F.C., by and Through Their Guardian Ad Litem, Marlene Orozco


Dated: January 27, 2022                LAW OFFICES OF DALE K. GALIPO


By:        /s/
          DALE K. GALIPO
          *Attorney for Plaintiff*
          Marlene Orozco; Mark Carrillo, Jr; Joshua Carrillo; M.M.C., J.J.C., A.F.C., by and Through Their Guardian Ad Litem, Marlene Orozco


Dated: January 27, 2022                COLLINSON KAEHNKE INLOW AND GRECO


By        /s/Lenore Kelly
Lenore Cabreros Kelly
Laura Inlow
*Attorneys for Defendants*
County of Los Angeles
Sheriff Alex Villanueva

3
JOINT NOTICE OF CONDITIONAL GLOBAL SETTLEMENT AND REQUEST TO VACATE DATES