# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLENE OROZCO; MARK CARRILLO, JR; JOSHUA CARRILLO; M.M.C., J.J.C., A.F.C.,** BY AND THROUGH THEIR GUARDIAN AD LITEM, MARLENE OROZCO**;**<br><br>Plaintiffs,<br><br>vs.<br><br>**COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, DOES 1 THROUGH 20, INCLUSIVE**<br><br>Defendants. | Case No. 2:21-CV-05481-SVW-MAA<br>*District Court Judge Stephen V. Wilson*<br><br>**ORDER APPROVING MINOR'S COMPROMISE AND SETTLEMENT** |

# [PROPOSED] ORDER APPROVING PETITION FOR COMPROMISE AND APPROVING SETTLEMENT

THE COURT FINDS that:

That Petitioner Marlene Orozco and (proposed) Guardian *Ad Litem* for the minor plaintiffs, M.M.C., J.J.C., and A.F.C., has petitioned for Court approval of a proposed compromise and settlement in an action against the COUNTY OF LOS ANGELES.

The Petitioner, Marlene Orozco is the (proposed) Guardian *Ad Litem* and mother for the minor plaintiffs, M.M.C., J.J.C., and A.F.C.   On or about July 06, 2021, Plaintiffs

MARLENE OROZCO; MARK CARRILLO, JR; JOSHUA CARRILLO; M.M.C., J.J.C., A.F.C., BY AND THROUGH THEIR GUARDIAN AD LITEM, MARLENE OROZCO filed an action against Defendants in Federal Court in the Central District of California.

The details of the action and MARLENE OROZCO; MARK CARRILLO, JR; JOSHUA CARRILLO; M.M.C., J.J.C., A.F.C., BY AND THROUGH THEIR GUARDIAN AD LITEM, MARLENE OROZCO alleged damages are set forth in the accompanying PETITION TO APPROVE COMPROMISE AND SETTLEMENT.

The claim or action to be compromised is asserted against COUNTY OF LOS ANGELES. The Court finds that all notices required by law have been given.

The Petition is granted and the proposed compromise of the pending action is approved.

The value of the settlement in favor of Plaintiff M.M.C. minor, by and through his Guardian Ad *Litem* is $350,000.00, Plaintiff J.J.C. minor, by and through his Guardian Ad *Litem* is $350,000.00 and Plaintiff A.F.C. minor, by and through his Guardian Ad *Litem* is $350,000.00.

The balance of the settlement available for M.M.C. is $208,836.60; for J.J.C. is $208,836.60; and for A.F.C. is $208,836.60 after payments of attorney's fees (40.0%) [$420,000.00] and costs [$3,490.20].

In addition the amount of $178,836.00 shall be used to purchase the annuity described in the Terms and Conditions of the Annuity for Plaintiff M.M.C.

The amount of $178,836.00 shall be used to purchase the annuity described in the Terms and Conditions of the Annuity for Plaintiff J.J.C.

The amount of $178,836.00 shall be used to purchase the annuity described in the Terms and Conditions of the Annuity for Plaintiff A.F.C.

Further, the Court approves that $30,000 to be placed into a blocked account for Plaintiff M.M.C. and that a yearly stipend of $6,000.00 shall be able to be withdrawn from the blocked account on December 1st of every year, commencing on December 1, 2022, to

help pay for clothing, school supplies, sports equipment and other necessities for Plaintiff M.M.C. until each minor reaches 18 years old. This money will be used solely for Plaintiff M.M.C. care and benefit.

The Court approves that $30,000 to be placed into a blocked account for Plaintiff J.J.C. and that a yearly stipend of $6,000.00 shall be able to be withdrawn from the blocked account on December 1st of every year, commencing on December 1, 2022, to help pay for clothing, school supplies, sports equipment and other necessities for Plaintiff J.J.C. until each minor reaches 18 years old. This money will be used solely for Plaintiff J.J.C. care and benefit.

The Court approves that $30,000 to be placed into a blocked account for Plaintiff A.F.C. and that a yearly stipend of $6,000.00 shall be able to be withdrawn from the blocked account on December 1st of every year, commencing on December 1, 2022, to help pay for clothing, school supplies, sports equipment and other necessities for Plaintiff A.F.C. until each minor reaches 18 years old. This money will be used solely for Plaintiff A.F.C. care and benefit.

~~Further Orders:~~ _____
_____
_____

UNITED STATES DISTRICT COURT

Dated: April 20, 2022         _____
                              District Court Judge Stephen V. Wilson