COLLINSON, DAEHKNE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, County of Los Angeles and Alex Villanueva

LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
LAURA M. JIMENEZ, Esq. SBN 237273
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 92030
Tel: (626) 799-9375
Fax: (626) 799-9380

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Marlene Orozco; Mark Carrillo, Jr; Joshua Carrillo; M.M.C., J.J.C., A.F.C., By And Through Their Guardian Ad Litem, Marlene Orozco;<br><br>           Plaintiff,<br><br>           v.<br><br>County of Los Angeles, Sheriff Alex Villanueva, Does 1 Through 20, Inclusive<br><br>           Defendants. | CASE NO. 2:21-cv-5481 SVW(MAAx)<br>Action Filed: July 6, 2021<br><br>**JOINT STATUS REPORT re FINALIZATION OF SETTLEMENT** |

1  This case results from a death by suicide on January 23, 2021 at Men's Central Jail by former inmate, Mark Anthony Carrillo (Decedent). Plaintiffs are Marlene Orozco (spouse) and children Mark Jr. (19yrs), Joshua (18yrs), MMC (12yrs), JJC (11yrs), and AFC (2yrs). Plaintiffs are represented by Luis A. Carrillo, Michael S. Carrillo and Laura Jimenez of the Carrillo Law Firm, LLP.

Defendants are the County of Los Angeles and Sheriff Alex Villanueva. Defendants are represented by Lenore C. Kelly of Collinson, Daehnke, Inlow & Greco.

On January 13, 2022 the case was settled in mediation with Richard Copeland, Esq.

On April 22, 2022 this court approved the Petitions for Order approving Minor Compromises. (ECF 32). The Order was immediately forwarded to the County Counsel to place the case in queue for approval of the settlement by the Los Angeles County Board of Supervisors. The approval is still pending. Once the approval is issued, the County will issue the checks. As stated in the Notice of Settlement (ECF 28), the approval process is estimated at six months. Defense counsel will notify Plaintiff counsel once the approval has been completed and when the checks are expected to issue.

This court directed the parties to file the instant status report re finalization of settlement on this date. Given the above, the parties request this court keep the case on the inactive calendar and to continue the deadline to file the Stipulation for Dismissal to October 22, 2022 which is six months from the issuance of the Order Approving Minors' Compromise.

///
///
///
///
///

Respectfully submitted,

DATED: May 23, 2022        CARRILLO LAW FIRM

By:     */s/ Laura Jimenez*
Luis Carrillo, Esq.
Laura Jimenez, Esq.
Attorneys for Plaintiffs
Marlene Orozco, Mark Carrillo, Jr., Joshua Carrillo, MMC, JJC, and AFC

DATED: May 23, 2022        COLLINSON, DAEHNKE, INLOW & GRECO

By:     */s/ Lenore C. Kelly*
Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants
COUNTY OF LOS ANGELES and ALEX VILLANUEVA

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757