UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE OROZCO; MARK CARRILLO, JR; JOSHUA CARRILLO; M.M.C., J.J.C., A.F.C., BY AND THROUGH THEIR GUARDIAN AD LITEM, MARLENE OROZCO;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, DOES 1 THROUGH 20, INCLUSIVE<br><br>Defendants. | Case No. 2:21-CV-05481-SVW-MAA<br>*District Court Judge Stephen V. Wilson*<br><br>**ORDER REGARDING STIPULATION FOR DISMISSAL** |

The parties having so stipulated and good cause appearing, it is hereby ordered, that Plaintiffs Complaint be dismissed with prejudice. Each party will bear their own costs and fees.

DATED: July 26, 2023

_____
DISTRICT COURT JUDGE STEPHEN V. WILSON